**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1480**

CHERYL E. ROSE, Trustee,

Plaintiff - Appellant,

versus

ALBERT M. BARGESKI,

Defendant - Appellee,

and

AUDREY YVONNE BARGESKI,

Debtor - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:05-cv-00962-RWT; 8:05-cv-01410-RWT; BK-04-01432)

Submitted: June 27, 2007              Decided: July 30, 2007

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James M. Hoffman, John D. Sadler, SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A., Rockville, Maryland, for Appellant. Laura J. Margulies, LAURA MARGULIES & ASSOCIATES, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cheryl E. Rose, the trustee in the underlying bankruptcy proceeding, appeals from the district court's order affirming the bankruptcy court's order finding that a conveyance of certain real property was an avoidable post-petition transfer under 11 U.S.C. § 549 (2000), but reducing the amount of the bankruptcy court's judgment in her favor from $68,929.18 to $22,080.05. We have reviewed the record, including the opinions of the courts below, as well as the Trustee's brief and we find no reversible error. Accordingly, we affirm the district court's decision for the reasons stated in its opinion affirming as modified the bankruptcy court's order. Rose v. Bargeski (In re Bargeski); Case Nos. 8:05-cv-00962-RWT; 8:05-cv-01410-RWT; BK-04-01432 (D. Md. Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -